UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL CASE NO. 5:25-cv-160

| | | |
|---|---|---|
| PHILLIP AARON CRAWFORD | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | COMPLAINT |
| FRANK J. BISIGNANO<br>Commissioner of Social Security | ) ) ) ) | |
| Defendant. | ) | |

The Plaintiff, complaining of the Defendant, does hereby allege and say that:

1. Jurisdiction is conferred upon the Court by 42 U.S.C.S. § 405(g).

2. The Plaintiff is a resident of North Carolina.

3. The Plaintiff filed a claim on March 11, 2021 under Title II of the Social Security Act alleging an onset date of January 1, 2012 and a period of disability. The Plaintiff also filed a claim on January 6, 2022 under Title XVI of the Social Security Act.

4. The Plaintiff's claims were denied and the Plaintiff has exhausted the administrative appeals process without success.

5. The decision of the Defendant that the Plaintiff is not disabled is not supported by substantial evidence and applies an erroneous standard of law.

WHEREFORE, the Plaintiff demands judgment as follows:

1. That the decision of the Defendant be reviewed and set aside and that the Plaintiff's claim for a period of Title II and Title XVI benefits be allowed and that the Defendant be ordered to pay benefits; or in the alternative

2. That the Court remand this case to the Defendant for a new hearing before another Administrative Law Judge; and,

3. That the Court award the Plaintiff costs of Court and reasonable attorney fees; and

4. That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted this the 10th day of October, 2025.

                                        **s/ Beth R. Setzer**
                                      Attorney for the Plaintiff
                                      Beth R. Setzer Attorney at Law, P.C.
                                      140 North Center Street, Suite 110
                                      Statesville, NC 28677
                                      Phone: 704-883-0500
                                      Fax: 704-883-0578
                                      NC Star Bar No. 17576
                                      bethsetzer@bethsetzerattorney.com